

December 16, 2022

**VIA E-FILING**
The Honorable Maryellen Noreika
United States District Court
844 North King Street
Wilmington, DE 19801

      RE:    *Sentient Sensors, LLC v. Xilinx Incorporated*
             <u>C.A. 22-cv-173-MN</u>

Dear Judge Noreika:

      Enclosed is the parties' proposed Scheduling Order.  There are no disputes between the parties concerning the schedule.

      We are available at the Court's convenience should Your Honor have any questions.

                        Respectfully submitted,

                        /s/ Brian E. Farnan

                        Brian E. Farnan

cc: Counsel of Record (Via E-Filing)